WO

```
                                          FILED ___ LODGED
                                          ___ RECEIVED ___ COPY

                                               JUN 0 2 2008

                                          CLERK U S DISTRICT COURT
                                            DISTRICT OF ARIZONA
                                          BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR-03-0077-01-PHX-MHM |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| Jose Adolpho Rodriguez-Avendano, | ) **ORDER** |
| Defendant. | ) |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on May 29, 2008.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 2ND day of June, 2008.

Lawrence O. Anderson
United States Magistrate Judge